# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

August 11, 2005

### Before

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Nos. 03-2734 & 03-3427

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br><br>*v.*<br><br>DEWAYNE LEWIS,<br>*Defendant-Appellant.* | Appeals from the United States<br>District Court for the<br>Northern District of Indiana,<br>Fort Wayne Division.<br><br>Nos. 1:03-CV-211, 1:03-CV-234 |

---------------------------------------------------

DEWAYNE LEWIS,
        *Plaintiff-Appellant,*

    *v.*

SUSAN BOLDEN, Branch Manager
of the Midwest America Federal
Credit Union,
        *Defendant-Appellee.*

**William C. Lee,** *Judge.*

## ORDER

On consideration of the petition for rehearing and suggestion for rehearing en banc filed by counsel for the Defendant-Appellant on August 1, 2005, all members of

the original panel have voted to deny the petition for rehearing. No judge[*] in regular active service requested a vote on petition for rehearing en banc. Accordingly,

IT IS ORDERED that the petition for rehearing be, and the same is hereby DENIED.

IT IS FURTHER ORDERED that on page 3, in the opinion issued on June 15, 2005, the last sentence of the first paragraph is hereby AMENDED to read as follows:

> "He ran the information through the Bureau of Motor Vehicles and found that Andrews had a maroon Cadillac registered to his name."

On page 12, first full paragraph, line 13, the words "on going" should read "ongoing."

SO ORDERED.

---

[*] Chief Judge Flaum and Judge Williams did not participate in the consideration of this petition.